IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                      : CRIMINAL NO: CR-1-00-099
                              : JUDGE SPIEGEL

**LEONEL VELASQUEZ-SANTOS,**

       **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

    The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                          Respectfully submitted,

                                                          GREGORY G. LOCKHART
                                                          United States Attorney

                                                          s/Deborah F. Sanders
                                                       DEBORAH F. SANDERS (0043575)
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff
                                                       303 Marconi Boulevard
                                                       Suite 200
                                                      Columbus, Ohio 43215
                                                     (614) 469-5715
                                                     Fax: (614) 469-5240
                                                     Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\velasquez, leonel.wpd